# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# DANVILLE DIVISION

**Elizabeth Jones**

vs.

**City of Danville, et al**

Action No:   4:20cv00020
Date:   1/11/2021
Judge:   Michael F. Urbanski, CUSDJ
Court Reporter:   Mary Butenschoen
Deputy Clerk:   Kristin Ayersman

Plaintiff Attorney(s)
Thomas Needham Sweeney

Defendant Attorney(s)
James A. L. Daniel

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:
Parties present for Status Hearing by ZoomGov.
Court addresses history of case with parties.
Court notes trial date was set with Judge Cullen prior to transferring the case, Rule 26 issues.
Pltf responds re discovery and case preparation with restrictions from pandemic.   Dft responds.
Pltf prefers to file responsive brief to ECF 31. Dft is willing to submit on papers, pltf agrees.   If deemed necessary the court will set a PTM, otherwise will rule on papers.
Pltf estimates 5-7 days for trial, dft agrees.   Court will set for a week, Sept 13-17, 2021, and will issue a new pretrial order.

Time in Court:   11:04-11:33   29m